UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20740-CIV-LENARD/O'SULLIVAN

EDUARDO GONZALEZ,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-Turino, M.D., Production (DE # 34, 10/31/11).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that the Non-Party, Oscar Mendez-Turino, M.D. shall file a response to the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-Turino, M.D., Production (DE # 34, 10/31/11) on or before November 15, 2011.  The failure to file a response may result in an Order granting the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-

Turino, M.D., Production (DE # 34, 10/31/11) in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida this **1ˢᵗ** day of November, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

Sent by Chambers to:
Oscar Mendez-Turino, M.D.
2324 S.W. 8ᵗʰ Street
Miami, FL 33135