UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20740-CIV-LENARD/O'SULLIVAN

EDUARDO GONZALEZ,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-Turino, M.D., Production (DE # 34, 10/31/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

On November 1, 2011, the undersigned ordered Non-Party, Oscar Mendez-Turino, M.D. to respond to the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-Turino, M.D., Production (DE # 34, 10/31/11) on or before November 15, 2011. The Non-Party, Oscar Mendez-Turino, M.D., was warned that the failure to file a response may result in an Order granting the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-Turino, M.D., Production (DE

# 34, 10/31/11) in its entirety. As of the date of this Order, there is no response from Non-Party, Oscar Mendez-Turino, M.D. on the docket. Accordingly, it is

ORDERED AND ADJUDGED that the Defendant's Home Depot U.S.A. Inc., Motion to Compel Non-Party, Oscar Mendez-Turino, M.D., Production (DE # 34, 10/31/11) is GRANTED. Non-Party, Oscar Mendez-Turino, M.D. shall produce the requested documents on or before December 6, 2011.

DONE AND ORDERED, in Chambers, at Miami, Florida this 22nd day of November, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

Sent by Chambers to:
Oscar Mendez-Turino, M.D.
2324 S.W. 8th Street
Miami, FL 33135